United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Community Papers of Western New York, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Amherst Getzville Sun**<br>**DBA  Arcade Pennysaver**<br>**DBA  Blasdell Pennysaver**<br>**DBA  City of Tonawanda Sun**<br>**DBA  Clarence Sun**<br>**DBA  Cuba/Franklinville Pennysaver**<br>**DBA  Depew Sun**<br>**DBA  Eggertsville/Snyder Sun**<br>**DBA  Gowanda News**<br>**DBA  Hamburg Pennysaver**<br>**DBA  Hamburg Sun**<br>**DBA  Kenmore Sun**<br>**DBA  Lancaster Sun**<br>**DBA  Lockport Star**<br>**DBA  North Buffalo Sun**<br>**DBA  North Cheektowaga Sun**<br>**DBA  North Tonawanda Sun**<br>**DBA  Orchard Park Sun**<br>**DBA  Reliable Mailing Service**<br>**DBA  South Buffalo Sun**<br>**DBA  South Cheektowaga Sun**<br>**DBA  Springville Journal Sun**<br>**DBA  Town of Tonawanda Sun**<br>**DBA  Union Advertising Group**<br>**DBA  West Seneca Sun**<br>**DBA  Williamsville Sun**<br>**DBA  WNY Advertiser**<br>**DBA  WNY Fashion & Lifestyle**<br>**DBA  WNY Health Magazine**<br>**DBA  WNY Kids**<br>**DBA  WNY Web Sites**<br>**DBA  WNY Wired**<br>**FDBA  Niagara Falls Courier** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-5344901** |
| 4. | **Debtor's address** | **Principal place of business**      Mailing address, if different from principal place of business |

Case 1-15-12657-CLB    Doc 1    Filed 12/15/15    Entered 12/15/15 17:10:46    Desc Main
Document    Page 1 of 31

**495 Aero Drive**
**Buffalo, NY 14225**
_____
Number, Street, City, State & ZIP Code

**Erie**
_____
County

**Post Office Box 191**
**Angola, NY 14006**
_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
_____
Number, Street, City, State & ZIP Code

---

**5.**  **Debtor's website** (URL)  _____

---

**6.**  **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

| 7. Describe debtor's business | A. *Check one:* |
|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
   5111

---

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | James C. Austin | Relationship to you | Affiliate |
|---|---|---|---|
| District | Western District of New York | When | Case number, if known |

| 11. | **Why is the case filed in this district?** | *Check all that apply:* |
|---|---|---|

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

           Contact name _____

           Phone _____

---

### ■ Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

| 14. | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| | | ■ 200-999 | | |

---

| 15. | **Estimated Assets** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|
| | | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| | | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| | | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 15, 2015**
                MM / DD / YYYY

**X** **/s/ James C. Austin**                         **James C. Austin**
Signature of authorized representative of debtor          Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Daniel F. Brown**                Date  **December 15, 2015**
Signature of attorney for debtor                 MM / DD / YYYY

**Daniel F. Brown**
Printed name

**Andreozzi, Bluestein, Weber, Brown, LLP**
Firm name

**333 International Drive, Suite B-4**
**Williamsville, NY 14221**
Number, Street, City, State & ZIP Code

Contact phone    **(716) 633-3200**       Email address

Bar number and State

Case 1-15-12657-CLB     Doc 1     Filed 12/15/15     Entered 12/15/15 17:10:46     Desc Main
Document      Page 5 of 31

# ACTION

## OF

## SOLE MEMBER

## OF

## COMMUNITY PAPERS OF WESTERN NEW YORK, LLC

THE UNDERSIGNED, being the sole member of COMMUNITY PAPERS OF WESTERN NEW YORK, LLC, a New York limited liability company (the "Company"), does hereby waive notice to the holding of a meeting, takes the following actions, and adopts the following resolutions by written consent pursuant to Section 407 of the Limited Liability Company Law of the State of New York.

NOW, THEREFORE, BE IT

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S. Section 101, *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of New York be, and it hereby is, authorized and approved;

RESOLVED FURTHER, the sole member of the Company is authorized and empowered to execute on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy court for the Western District of New York, and any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate;

RESOLVED FURTHER, that the Company is authorized to retain Andreozzi, Bluestein, Weber, Brown, LLP ("Andreozzi Bluestein") as its General Counsel, in connection with its Chapter 11 Filing, upon the terms and conditions set forth in Andreozzi Bluestein's November 23, 2015 retainer letter;

RESOLVED FURTHER, that the sole member of the Company is authorized to retain on behalf of this Company such other professionals as he deems necessary or appropriate, upon such terms and conditions as shall approve, to render services to this Company in connection with such Chapter 11 proceeding and with respect to other related matters in connection therewith;

RESOLVED FURTHER, that the sole member of the Company be, and he is authorized and empowered to open Debtor-in-Possession bank accounts with any bank on the United States Department of Justice, Office of the United States Trustee's list of approved depository banks, once a Chapter 11 case has been commenced;

RESOLVED FURTHER, that the sole member of the Company is authorized and directed to take any and all further action and to execute and to deliver any and all such further instruments and documents and to pay all such expenses (subjects to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

RESOLVED FURTHER, that all actions taken by the sole member of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved;

RESOLVED FURTHER, that the sole member of the Company be, and hereby is, authorized and empowered to do or cause to be done all such acts, deeds and things and to make, execute and deliver, or cause to be made, executed or delivered, all such agreements, undertakings, documents, instruments or certificates, in the name and on behalf of the Company or otherwise, as he may deem necessary, advisable or appropriate to effectuate or fulfill the purposes and intent of the foregoing resolutions;

RESOLVED FURTHER, that this resolution shall constitute the minutes of the meeting of the sole member of the Company.

IN WITNESS WHEREOF, the undersigned have executed this Consent, which may be signed in one or more counterparts, which taken together shall constitute one document, as of this 24ᵗʰ day of November, 2015.

_____
James C. Austin, Sole Member

2

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Community Papers of Western New York, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AGFA Corporation Post Office Box 7247-6207 Philadelphia, PA 19170-6270** | **(800) 526-5441** | **Trade Debt** | | | | **$5,952.71** |
| **Broadview Networks Post Office Box 9242 Uniondale, NY 11555-9242** | **Brenda Sampson** **(212) 400-1838** | **Trade Debt** | | | | **$12,925.42** |
| **Buffalo Newspress, Inc. Post Office Box 648 Buffalo, NY 14240-0648** | **Kim Bishop** **(716) 852-1600** | **Trade Debt** | | | | **$33,059.11** |
| **ComDoc Leasing Post Office Box 10306 Des Moines, IA 50306-0306** | **Kathryn Stonehouse** **(800) 247-0032 x 74090** | **Past-Due Lease Payments** | | | | **$114,258.46** |
| **ComDoc, Inc. Post Office Box 932159 Cleveland, OH 44193** | **Rebecca Porter** **(330) 899-8041** | **Past-Due Lease Payments** | | | | **$5,759.82** |
| **Direct Energy Business Post Office Box 70220 Philadelphia, PA 19176-0220** | **(888) 925-9115** | **Trade Debt** | | | | **$6,779.10** |
| **Dual Print & Mail 3235 Grand Island Boulevard Grand Island, NY 14072** | **Joanne Greene** **(716) 684-3825** | **Trade Debt** | | | | **$150,745.06** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Forward Financing LLC 36 Bromfield Street Boston, MA 02108 | (888) 244-9099 | Unsecured Merchant Lending | Unliquidated Disputed | | | $206,730.48 |
| Kabbage.Com 730 Peachtree Street Atlanta, GA 30308 | (888) 986-8263 | Unsecured Merchant Lending | Unliquidated Disputed | | | $25,849.97 |
| Kenyon Press, Inc. Post Office Box 710 Sherburne, NY 13460 | (607) 674-9066 | Trade Debt | | | | $48,000.00 |
| McGrann Paper Corporation Dept# 5523 Post Office Box 11407 Birmingham, AL 35246-5523 | Mark Stevens (860) 435-7500 | Trade Debt | | | | $17,295.34 |
| National Fuel Post Office Box 4103 Buffalo, NY 14264-0001 | (716) 686-6123 | Trade Debt | | | | $5,425.94 |
| Paul Leggio 11 Coralwood Ct. Cheektowaga, NY 14215 | (716) 444-6525 | Trade Debt | | | | $6,925.00 |
| Pawnee Leasing Corporation 700 Centre Avenue Fort Collins, CO 80526-1842 | (970) 482-2556 | Past-Due Lease Payments | | | | $23,466.24 |
| PERQ, LLC 7225 Georgetown Road Indianapolis, IN 46268 | Stacey Walter (800) 873-3117 | Trade Debt | | | | $24,018.09 |
| Pitney Bowes Purchase Power Post Office Box 371874 Pittsburgh, PA 15250-7874 | (800) 243-7800 | Trade Debt | | | | $14,714.10 |
| Printed Image 1906 Clinton Street Buffalo, NY 14206 | Richard Zavarella (716) 821-7783 | Trade Debt | | | | $6,091.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 1-15-12657-CLB    Doc 1    Filed 12/15/15    Entered 12/15/15 17:10:46    Desc Main
Document       Page 9 of 31

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Publishing Systems, LLC, dba Pre1 Softwa 2705 E Burnside Street, Suite 214 Portland, OR 97214** | **Mark Jockin** **(503) 288-7500** | **Past-Due Software Payments** | | | | **$94,424.93** |
| **Schermerhorn Bros. Co. Post Office Box 668 Lombard, IL 60148-0668** | **Amanda Rosenwinkel** **(630) 627-9860** | **Trade Debt** | | | | **$6,380.24** |
| **Videojet Technologies Inc. 12113 Collection Center Drive Chicago, IL 60693** | **Edwin Sampras** **(630) 694-3091** | **Trade Debt** | | | | **$6,088.73** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1-15-12657-CLB    Doc 1    Filed 12/15/15    Entered 12/15/15 17:10:46    Desc Main
Document     Page 10 of 31

**Fill in this information to identify the case:**

Debtor name    **Community Papers of Western New York, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 15, 2015**    X **/s/ James C. Austin**
                                                      Signature of individual signing on behalf of debtor

                                                      **James C. Austin**
                                                      Printed name

                                                      **CEO**
                                                      Position or relationship to debtor

# United States Bankruptcy Court
## Western District of New York

In re   **Community Papers of Western New York, LLC**     Case No. _____

Debtor(s)     Chapter   <strong>11</strong>

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 15, 2015**       **/s/ James C. Austin**

                                        **James C. Austin**/CEO
                                        Signer/Title

4imprint, Inc.
25303 Network Place
Chicago, IL 60673-1253


Absolut at Houghton
Attn: Patty
300 Gleed Avenue
East Aurora, NY 14052


AGFA Corporation
Post Office Box 7247-6207
Philadelphia, PA 19170-6270


Alden Advertiser
13200 Broadway
Alden, NY 14004


Amherst Alarm, Inc.
435 Lawrence Bell Drive, Suite 1
Amherst, NY 14221-7806


Anderson Auctioneers
71 Military Road
Buffalo, NY 14207


Andrea Weidel
4804 Sebastian Drive
Lockport, NY 14094


Arcade Area Chamber of Commerce
684 West Main Street
Arcade, NY 14009


Association of Free Community Papers
7445 Morgan Road, Suite 203
Liverpool, NY 13090


AT&T Mobility
Post Office Box 6463
Carol Stream, IL 60197-6463


Autumn Evans
6441 Ward Road
Sanborn, NY 14132

B & B Construction
7 Lakewood Drive
Orchard Park, NY 14127


BCC Software, LLC
Post Office Box 1174
Buffalo, NY 14240


Bill Peglowski
10632 Prospect Street
Gowanda, NY 14070


Bill's Dirtworks
693 Niagara Street
Lockport, NY 14094


Borough Supplies Corp.
328 West 15th Street
New York, NY 10011


Bradford Publishing Co.
Post Office Box 225
Warsaw, NY 14569-0225


Brian Campbell
9374 Jennings Road
Eden, NY 14057


Broadview Networks
Post Office Box 9242
Uniondale, NY 11555-9242


Buffalo Newspress, Inc.
Post Office Box 648
Buffalo, NY 14240-0648


Buffalo Scale and Supply Co., Inc.
Post Office Box 140
280 Seneca Street
Buffalo, NY 14205


Caboodle Printing
1975 Wehrle Drive, Suite 100
Williamsville, NY 14221

Carrier Coach, Inc.
3999 Lakeshore Road
Blasdell, NY 14219


Cascades Recovery U.S., Inc.
1845 Emerson Street
Rochester, NY 14606


Catherine Miller
373 Eden Street
Buffalo, NY 14220


Chamber of Commerce of the Tonawandas
15 Webster Street
North Tonawanda, NY 14120


CID Division of Waste Management
Post Office Box 13648
Philadelphia, PA 19101-3648


City of Lockport Water Dept.
Lockport City Treasurer
One Locks Plaza
Lockport, NY 14094


Clarence Chamber of Commerce, Inc.
8899 Main Street, Suite #4
Post Office Box 177
Clarence, NY 14031


Class Act Delivery Inc.
Post Office Box 724
East Aurora, NY 14052


Clear Creek Express
12623 Versailles Plank Road
Post Office Box 26
Lawtons, NY 14168


ComDoc
800 Walnut Street
MAC N0005-044
Des Moines, IA 50309

ComDoc Leasing
Post Office Box 10306
Des Moines, IA 50306-0306


ComDoc, Inc.
Post Office Box 932159
Cleveland, OH 44193


ComputerSearch
331 Audubon Parkway
Buffalo, NY 14228


Connie Oswald Stofko
175 Stevenson Boulevard
Amherst, NY 14226


Corporation Service Company
Post Office Box 2576
Springfield, IL 62708


CPAN
FCPNY
109 Twin Oaks Drive, Suite D
Syracuse, NY 13206


Creekside Sales and Service
6989 S. Transit Road
Lcokport, NY 14094


Crystal Rock LLC
Post Office Box 10028
Waterbury, CT 06725-0028


Cuba New York Chamber of Commerce, Inc.
Post Office Box 233
Cuba, NY 14727


Cumulus Radio
50 James E. Casey Drive
Buffalo, NY 14206


Dao Sushi & Grill
3200 Orchard Park Road
Orchard Park, NY 14127

Dave Barus
2246 Center Street
East Aurora, NY 14052

Dave Ricci
299 North Park Avenue
Buffalo, NY 14216

David Eckhardt
182 Pleasant Avenue
Hamburg, NY 14075

Debra Kelly
15 Lincoln Avenue
Attica, NY 14011

Debra Manzella
7165 Taylor Road
Hamburg, NY 14075

Direct Energy Business
Post Office Box 70220
Philadelphia, PA 19176-0220

Douglas Co. Inc.
Box D
69 Krif Road
Keene, NH 03431-0716

Dual Print & Mail
3235 Grand Island Boulevard
Grand Island, NY 14072

East Aurora Advertiser
710 Main Street
East Aurora, NY 14052

Eaton Office Supply
180 John Glenn Drive
Amherst, NY 14228

Elma Review
710 Main Street
East Aurora, NY 14052

Emyle Watkins
6975 West Tillen Road
Boston, NY 14025


Erie County Water Authority
Post Office Box 5148
Buffalo, NY 14240-5148


Erie Investment Properties, Inc.
Post Office Box 1011
Buffalo, NY 14240


Estate of Cecilia Stasierowski
c/o Karen Fetzer
2126 Union Road, Apt. 2
West Seneca, NY 14224


EverBank Commercial Finance, Inc.
Post Office Box 911608
Denver, CO 80291-1608


Express Carpet Steamers
20 Milton Avenue
West Seneca, NY 14224


FCPNY
109 Twin Oaks Drive, Suite D
Syracuse, NY 13206


Forward Financing LLC
36 Bromfield Street
Boston, MA 02108


Fresh Market
17 South Main Street
Franklinville, NY 14737


Fuji Grill
4141 McKinley Parkway
Blasdell, NY 14219


Funding Metrics, LLC
884 Town Center Drive
Langhorne, PA 19047-1748

G.G.'s Ice Cream Maid
5358 Genesee Street
Bowmansville, NY 14026

Galaxy Auto Place
2338 Union Road
West Seneca, NY 14224

GE Capital
Post Office Box 642333
Pittsburgh, PA 15264-2333

Genesee Valley PennySaver
Post Office Box 340
Avon, NY 14414

Getman & Biryla, LLP
800 Rand Building
Buffalo, NY 14203

Goode Foods Inc.
14313 Gowanda State Road
Post Office Box 376
Collins, NY 14034

GotPrint
7625 N. San Fernando Road
Burbank, CA 91505

Gowanda Area Chamber of Commerce
27 W. Main Street
Post Office Box 45
Gowanda, NY 14070

Gowanda Shop N Save
10 Buffalo Street
Gowanda, NY 14070

Grill Kabob
9380 Transit Road
East Amherst, NY 14051

Guard Contracting Corp
3755 River Road
Tonawanda, NY 14150

Hale Northeastern, Inc.
828 East Ferry Street
Buffalo, NY 14211


Hector's Hardware
1955 Clinton Street
Buffalo, NY 14206


Hodgins Engraving Co.
3817 West Main Street
Batavia, NY 14020


Holly A. Lawton
3256 Route 39
Collins, NY 14034


Hover Networks Inc
40 Gardenville Parkway, Suite 102
Buffalo, NY 14224


Howard Koch
4180 Beaubein Drive
Hamburg, NY 14075


Infogroup
INFOUSA - Wholesale Division
Post Office Box 957742
St. Louis, MO 63195-7742


Internal Revenue Service
Centralized Insolvency Operations
Post Office Box 7346
Philadelphia, PA 19101-7346


Iskalo 140 Pine LLC
c/o Iskalo Development Corp.
5166 Main Street, Suite 200
Williamsville, NY 14221


Jaeckle Fleishmann and Mugel, LLP
Attn: Dennis K. Schaeffer, Esq.
The Avant Building, Suite 900
200 Delaware Avenue
Buffalo, NY 14202

James C. Austin
5144 West Shorewood Drive
Dunkirk, NY 14048


James Hill
30 Nandale Drive
Cheektowaga, NY 14227


Jeffrey Furash
Post Office Box 500
Forestville, NY 14062


JGM Installation & Service Inc
Post Office Box 16
West Seneca, NY 14224


Joanne M. DalPorto
416 Fairmont Avenue
North Tonawanda, NY 14120


Joe Valenti
572 Tacoma Avenue
Buffalo, NY 14216


Joseph Kissel
950 E. Robinson Street
North Tonawanda, NY 14120


Kabbage.Com
730 Peachtree Street
Atlanta, GA 30308


Kane Firm CPA PC
5225 Sheridan Drive
Williamsville, NY 14221


Kantar Media SRDS
3333 Warrenville Road, Suite 400
Lisle, IL 60532


Karen Gioia
142 Cresthill Avenue
Tonawanda, NY 14150

Kate McGowan
578 Tiburon Lane
East Amherst, NY 14051


Kenyon Press, Inc.
Post Office Box 710
Sherburne, NY 13460


Kim Sabshin
286 Crestwood Avenue
Buffalo, NY 14216


Kimberly Kroll
28 Rosemary Avenue
Buffalo, NY 14216


King Features
Post Office Box 26498
Lehigh Valley, PA 18002-6498


Kluckhohn Brothers, LLC
28 Union Street, Suite 100
Hamburg, NY 14075


Labor Ready Northeast Inc.
Post Office Box 820145
Philadelphia, NY 19182-0145


Lake Country Pennysaver
170 N. Main Street
Post Office Box 231
Albion, NY 14411-0231


Lake Erie Media LLC
19 Center Street
Angola, NY 14006


Lakeshore Hardware
Post Office Box 353
Athol Springs, NY 14010


Lancaster Area Chamber of Commerce
11 W. Main Street, Suite 100
Lancaster, NY 14086

Lockport City School District
Sara Krystaf/School Tax Collector
Post Office Box 2264
Buffalo, NY 14240


Lockport Union-Sun & Journal
Post Office Box 26601
Richmond, VA 23261-6601


M&T Bank
One M&T Plaza
Buffalo, NY 14203


MacSolutions Plus
4545 Transit Road, Unit 970
Williamsville, NY 14221


Mark Benton
10475 Maltbie Road
Gowanda, NY 14070


Matt Sargeant
151 George Street
Hamburg, NY 14075


McGrann Paper Corporation
Dept# 5523
Post Office Box 11407
Birmingham, AL 35246-5523


Melissa Brawdy
229 Bernhardt Drive
Amherst, NY 14226


Merchant Cash & Capital, LLC
460 Park Avenue South, 10th Floor
New York, NY 10016


Messenger Post Media
Ad Net Printing
73 Buffalo Street
Canadaigua, NY 14424-1085

Metro Creative Graphics, Inc.
519 Eighth Avenue
New York, NY 10018


Michael Bartkowiak
4539 Ardmore Court
Blasdell, NY 14219


Michael Haim
256 Crisfield Avenue
Cheektowaga, NY 14206


Michael Pidanick
120 Paradise Lane, Apt 16
Tonawanda, NY 14150


Mike Miller
5676 Hidden Lake Drive
Lockport, NY 14094


Mount Morris Shopper, Inc.
85 Main Street
Post Office Box 129
Mount Morris, NY 14510


MultiAd
MA Builder
Box 6598
Carol Stream, IL 60197-6598


National Fuel
Post Office Box 4103
Buffalo, NY 14264-0001


Natural Vapors
1026 Union Road # C
West Seneca, NY 14224


New York Press Association
621 Columbia Street Ext., Suite 100
Cohoes, NY 12047


Niagara Frontier Publications
1859 Whitehaven Road
Grand Island, NY 14072

Niagara Gazette
Post Office Box 26601
Richmond, VA 23261


Nicole Hebdon
292 North Central Avenue
Springville, NY 14141


North Collins Jr/Sr High School
10469 Bantle Road
North Collins, NY 01411


North Tonawanda Democrats
3 - 8th Avenue
North Tonawanda, NY 14120


NYS Department of Labor
Attn:  Insolvency Unit
Harriman State Office Campus
Building 12, Room 256
Albany, NY 12240


NYS Department of Taxation & Finance
Bankruptcy Unit
Post Office Box 5300
Albany, NY 12205


NYSEG
Post Office Box 847812
Boston, MA 02284-7812


Observer
Post Office Box 391
Dunkirk, NY 14048


Pam McDonald
12 Gilbert Avenue
Blasdell, NY 14219


Patriot
Patriot Newspaper
25 West Main Street
Cuba, NY 14727

Paul Leggio
11 Coralwood Ct.
Cheektowaga, NY 14215


Pawnee Leasing Corporation
700 Centre Avenue
Fort Collins, CO 80526-1842


PERQ, LLC
7225 Georgetown Road
Indianapolis, IN 46268


Perry Shopper
75 S. Main Street
Perry, NY 14530


Peter Soscia
47 Boland Drive, Apt. 2
Lackawanna, NY 14218


Phil Palen
Post Office Box 199
Collins, NY 14034


Pitney Bowes
Purchase Power
Post Office Box 371874
Pittsburgh, PA 15250-7874


Praxair Distribution Inc.
Post Office Box 120812
Dept 0812
Dallas, TX 75312-0812


Preferred Manufacturers Insurance Trust
c/o Safe, LLC
620 Erie Boulevard West, Suite 100
Syracuse, NY 13204


Printed Image
1906 Clinton Street
Buffalo, NY 14206

Prolift, Inc.
1835 Dale Road
Buffalo, NY 14225


Publishing Systems LLC
d/b/a Pre1 Software LLC
Attn: Mark H. Jockin
2705 E. Burnside Street, Suite 214
Portland, OR 97214


Publishing Systems, LLC, dba Pre1 Softwa
2705 E Burnside Street, Suite 214
Portland, OR 97214


Purses by Danielle
3663 South Park Avenue
Blasdell, NY 14219


Reliable Snow Removal
4999 Rogers Road
Hamburg, NY 14075


Republic Services
Post Office Box 9001099
Lousville, KY 40290-1099


Richard Marasciulo
4955 N Bailey Avenue
Amherst, NY 14226


Richard Westlund
2698 Brown Street
Collins, NY 14034


Robert Cassell
9715 The Maples
Clarence, NY 14031


Ronco Communications & Electronics, Inc.
Post Office Box 91027
Rochester, NY 14692-9127


Rusiniak's Service Inc.
2916 Union Road
Buffalo, NY 14227

Ryder Transportation Services
Post Office Box 96723
Chicago, IL 60693-6723


Safety Kleen Systems Inc
2600 North Central Expressway, Suite 400
Richardson, TX 75080


Sallie Moppert
64 John Brian Lane
Cheektowaga, NY 14227


Sara Manzella
1048 Orchard Park Road, Apartment 2
West Seneca, NY 14224


Sarah Minkewicz
93 Wilbury Place
Buffalo, NY 14216


Schermerhorn Bros. Co.
Post Office Box 668
Lombard, IL 60148-0668


Simple Pleasures & Homespun Treasures
5300 William Street
Lancaster, NY 14086


Southern Tier Penny Saver
2 Harding Avenue
Jamestown, NY 14701


Steven Dlugosz
129 Leonard Street, Lower
Lackawanna, NY 14218


Supreme Roofing
13 Karen Lane
Depew, NY 14043


Team Equipment Leasing
3409 Executive Center Drive, Suite 120
Austin, TX 78731

Terry Hubbard
27 W. Main Street
Gowanda, NY 14070


The Buffalo News
Post Office Box 5183
Buffalo, NY 14240-5183


The Buffalo News, Inc.
1 News Plaza
Buffalo, NY 14202


The Buffalo News/dba TBN Media
Post Office Box 650
Buffalo, NY 14240


The New York Store
16 Central Avenue
Lancaster, NY 14086


Thomas M. Doran
6 Greenmeadow Drive
Orchard Park, NY 14127


Time Warner Cable
Post Office Box 70872
Charlotte, NC 28272-0872


Tony Baksa
4844 Eckhardt Road
Hamburg, NY 14075


Tony Martin Awards Inc.
3637 Harlem Road
Buffalo, NY 14215


Triad Synergy Group, Inc.
537 Fillmore Avenue
Tonawanda, NY 14150


Trysten Gurney
51 S. Ellicott
Williamsville, NY 14221

Ty-Pac Inc.
Post Office Box 425
Baldwinsville, NY 13027

Uline
Attn: Accounts Receivable
Post Office Box 88741
Chicago, IL 60680-1741

UniFirst Corporation
3999 Jeffrey Boulevard
Buffalo, NY 14219

Union Block Rentals
Attn: David Batterson
52 Pearl Street
Springville, NY 14141

Universal Uclick
Post Office Box 843345
Kansas City, MO 64184-3345

US Postal Service
5501 Camp Road
Hamburg, NY 14075

Verizon
Post Office Box 15124
Albany, NY 12212-5124

Videojet Technologies Inc.
12113 Collection Center Drive
Chicago, IL 60693

Village of Arcade
17 Church Street
Arcade, NY 14009-1186

Village of Springville
Post Office Box 17
Springville, NY 14141

W. B. Mason Co., Inc.
Post Office Box 981101
Boston, MA 02298-1101

Walton Milk Hauling, Inc.
Post Office Box 88
Attica, NY 14011


Warsaw Penny Saver
72 North Main Street
Warsaw, NY 14569


Wellsville Daily Reporter
159 North Main Street
Wellsville, NY 14895


West Seneca Chamber of Commerce
950-A Union Road, Suite 5
West Seneca, NY 14224


William Homan
613 Breckenridge Street, Apt. 2
Buffalo, NY 14222


WNY Jobs
31 Buffalo Street
Hamburg, NY 14075


Xoar Communications
2799 Southwestern Boulevard, Suite 200
Orchard Park, NY 14127


Zacher Electric
30 Leo Place
Buffalo, NY 14225


Zimmer Media LLC
The Villager
Post Office Box 178
Ellicottville, NY 14731