# EXHIBIT A

Case 1-15-12657-CLB, Doc 251-1, Filed 06/06/16, Entered 06/06/16 14:39:17, Description: Exhibit A - Invoices, Page 1 of 11



## Statement

Community Papers of Western New York, LLC  
495 Aero Drive  
Buffalo, NY 14225

Date   6/6/2016

| Invoice No. | Date | Invoice Am't. | Retainer to be Applied | Net Due |
|---|---|---|---|---|
| 042196-2 | 4/29/2016 | $ 17,222.00 | $ 10,000.00 | $ 7,222.00 |
| 050916-1 | 5/9/2016 | $ 5,743.71 | | $ 5,743.71 |
| 060616-2 | 6/6/2016 | $ 4,299.95 | | $ 4,299.95 |
| | | $ 27,265.66 | $ 10,000.00 | $ 17,265.66 |



*Invoice*

Mr. James Austin, CEO
Community Papers of Western New York, LLC
495 Aero Drive
Buffalo, NY 14225

**Invoice No:** 060616-2

**Date:** 6/6/16

| Date | Explanation | Partner | Hours | Rate | Total |
|---|---|---|---|---|---|
| 6/6/2016 | Services per Attached | RT | 18.33 | $ 225.00 | $ 4,124.99 |

**Total Hourly Fees**     18.33     $ 4,124.99

**Plus: Expenses - Report & Documentation attached**     $ 174.96

**Total Due**     $ 4,299.95

**Applied to Retainer**

**Net Due**     $ 4,299.95

*Due Upon Receipt*
**Next Point LLC**
**107 Twin Oaks Drive**
**Syracuse, NY 13206**
**Attn: R. Teplitsky**

**Next Point Invoice # 052616-2**
**Support**

| Date | Subject | Hours |
|---|---|---|
| 5/9/16 | CPO - Discussions with D. Brown & J. Austin | 0.50 |
| 5/12/16 | CPO Discussion | 0.50 |
| 5/17/16 | CPO Conference Call - James, Bob & Dan Brown | 1.00 |
| 5/26/16 | CPO - Site Visit | 8.00 |
| 5/27/16 | CPO - Financials | 1.50 |
| 5/29/16 | CPO - Financial Statement review | 1.00 |
| 5/29/16 | CPO - Financials | 1.25 |
| 5/30/16 | CPO - Cash Reforecast | 0.50 |
| 5/31/16 | CPO - Revise April MOR | 1.25 |
| 6/1/16 | CPO - Conf. Call re Cash - Bob & Mike | 1.00 |
| 6/1/16 | CPO - Discussions with James & Bob | 0.50 |
| 6/2/16 | CPO - Cash Rec | 1.00 |
| 6/2/16 | CPO - Discussion with R. Cassell | 0.33 |
| | | **18.33** |

R. Teplitsky - River Hospital
Business Expenses
6/6/16

| Date | Payee | Explanation | Miles | Mileage @ $.54 | Meals | Hotels | Other | Parking & Local Travel | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ - |
| 5/26/16 | | Trip to Buffalo | 162 | 87.48 | | | | | $ 87.48 |
| 5/26/16 | | Return to Syracuse | 162 | 87.48 | | | | | $ 87.48 |
| | | | | | | | | | $ - |
| | | | | | | | | | $ - |
| | | | | $ 174.96 | $ - | $ - | $ - | $ - | $ 174.96 |



*Invoice*

Mr. James Austin, CEO
Community Papers of Western New York. LLC
495 Aero Drive
Buffalo, NY 14225

**Invoice No:** 050916-1
**Date:** 5/9/16

| Date | Explanation | Partner | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/9/2016 | Services per Attached | RT | 24.75 | $ 225.00 | $ 5,568.75 |

| | | |
|---|---|---|
| **Total Hourly Fees** | 24.75 | $ 5,568.75 |
| **Plus: Expenses - Report & Documentation attached** | | $ 174.96 |
| **Total Due** | | $ 5,743.71 |
| **Applied to Retainer** | | |
| **Net Due** | | $ 5,743.71 |

*Due Upon Receipt*
**Next Point LLC**
**107 Twin Oaks Drive**
Syracuse, NY 13206
Attn: R. Teplitsky

## Next Point Invoice # 050916-1
## Support

| Date | Subject | Hours |
|---|---|---|
| 4/22/2016 | Community Papers - Discussion with M. Grimaldi | 0.50 |
| 4/22/2016 | Community Papers - Monthly Reporting | 3.50 |
| 4/25/2016 | Community Papers - February & March reporting ... Discuss with D. Brown & M. Grimaldi | 4.00 |
| 4/25/2016 | Community Papers - Financial statements | 1.25 |
| 4/25/2016 | Community Papers - Revised forecast | 0.50 |
| 4/26/2016 | Community Papers - Cash reporting | 1.50 |
| 4/26/2016 | Community papers - Cash reporting | 3.50 |
| 4/26/2016 | Community Papers - Conference call | 0.75 |
| 4/27/2016 | Community Papers - Discussion with J. Austin | 0.25 |
| 4/28/2016 | CPO - Conference Call | 1.00 |
| 4/29/2016 | Community Papers - Revise forecast | 1.50 |
| 4/29/2016 | CPO - Forecast Discussions | 0.75 |
| 5/1/2016 | CPO - Assessment Draft | 1.00 |
| 5/3/2016 | CPO - Assessment Draft | 0.75 |
| 5/5/2016 | CPO Meeting re Community Papers of Western New York at BS&K | 3.50 |
| 5/6/2016 | CPO - Discussions with James Austin & Dan Brown | 0.50 |
| | | **24.75** |

R. Teplitsky - River Hospital
Business Expenses
5/9/16

| Date | Payee | Explanation | Miles | Mileage @ $.54 | Meals | Hotels | Other | Parking & Local Travel | Total |
|---|---|---|---|---|---|---|---|---|---|
| 5/5/16 | | Trip to Buffalo | 162 | 87.48 | | | | | $ 87.48 |
| 5/5/16 | | Return to Syracuse | 162 | 87.48 | | | | | $ 87.48 |
| | | | | $ 174.96 | $ - | $ - | $ - | $ - | $ 174.96 |

*Invoice* 

Mr. James Austin, CEO  
Community Papers of Western New York. LLC  
495 Aero Drive  
Buffalo, NY 14225

**Invoice No:** 042196-2  
**Date:** 4/29/16

| Date | Explanation | Partner | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/29/2016 | Services per Attached | RT | 74.00 | $ 225.00 | $ 16,650.00 |

| | | |
|---|---|---|
| **Total Hourly Fees** | 74.00 | $ 16,650.00 |
| **Plus: Expenses - Report & Documentation attached** | | $ 572.00 |
| **Total Due** | | $ 17,222.00 |
| **Applied to Retainer** | | $ 10,000.00 |
| **Net Due** | | $ 7,222.00 |

*Due Upon Receipt*  
Next Point LLC  
107 Twin Oaks Drive  
Syracuse, NY 13206  
Attn: R. Teplitsky

## Next Point Invoice # 042916-2
## Support

| Date | Subject | Hours |
|---|---|---|
| 3/24/2016 | Community Papers - Conference call with D. Brown & J. Austin | 1.00 |
| 3/29/2016 | Community Papers of Western New York - Introductory Call | 0.33 |
| 3/30/2016 | Community Papers - Review information | 1.00 |
| 3/31/2016 | Community Papers - Site Visit | 8.00 |
| 4/1/2016 | Community Papers - Site Visit | 8.00 |
| 4/3/2016 | Community Papers - Review info & 2015 P&L analysis | 3.50 |
| 4/4/2016 | Community Papers - 2014 profit analysis | 1.00 |
| 4/4/2016 | Community Papers - Discussions with attorney & review information | 1.50 |
| 4/4/2016 | Community Papers - Discussions with Grimaldi & Austin | 1.50 |
| 4/4/2016 | Community Papers - Payroll & subscription analysis | 1.25 |
| 4/5/2016 | Community Papers - Discussions Brown, Casell | 0.67 |
| 4/5/2016 | Community Papers - P&L Trends | 3.00 |
| 4/6/2016 | Community Papers - Review publications & draws | 1.00 |
| 4/7/2016 | Community Papers - Discussion Mike & follow up re financials | 3.25 |
| 4/7/2016 | Community Papers - Discussion with Bob Casell, Marcy & follow up | 1.50 |
| 4/7/2016 | Community Papers - Financial analyis | 0.75 |
| 4/8/2016 | Community Papers - 1Q financials & revenues | 3.00 |
| 4/8/2016 | Communtiy Papers - Subscription & revenues | 2.00 |
| 4/9/2016 | Community Papers - Fiancial review | 1.50 |
| 4/11/2016 | Community Papers - Assessment | 2.00 |
| 4/11/2016 | Community Papers - Assessment | 4.00 |
| 4/11/2016 | Communtiy Papers - Assessment | 1.25 |
| 4/12/2016 | Community Papers - Assessment | 1.00 |
| 4/12/2016 | Community Papers - Assessment | 0.75 |
| 4/12/2016 | Community Papers - Assessment draft | 1.25 |
| 4/13/2016 | Community Papers - Assessment update | 1.25 |
| 4/13/2016 | Community Papers - Meeting with Mgt & D. Brown (Clarence) | 3.00 |
| 4/19/2016 | Community Papers - Paper P&L update | 0.75 |
| 4/20/2016 | Community Newspapers - Site visit | 8.00 |
| 4/21/2016 | Community Newspapers - Site visit | 7.00 |
| | | **74.00** |

R. Teplitsky - River Hospital
Business Expenses
4/29/16

| Date | Payee | Explanation | Miles | Mileage @ $.54 | Meals | Hotels | Other | Parking & Local Travel | Total |
|---|---|---|---|---|---|---|---|---|---|
| 3/31/16 | | Trip to Angola | 225 | 121.50 | | | | | $ 121.50 |
| 4/1/16 | | Return to Syracuse | 155 | 83.70 | | | | | $ 83.70 |
| | | | | | | | | | $ - |
| 4/13/16 | | Meeting at D. Brown & return | 300 | 162.00 | | | | | $ 162.00 |
| | | | | | | | | | $ - |
| 4/20/16 | | Trip to Buffalo | 165 | 89.10 | | | | | $ 89.10 |
| 4/21/16 | | Return to Syracuse | 155 | 83.70 | | | | | $ 83.70 |
| | | | | | | | | | $ - |
| 4/20/16 | Eagle House | Dinner | | | $ 32.00 | | | | $ 32.00 |
| | | | | | | | | | $ - |
| | | | | | | | | | $ - |
| | | | | $ 540.00 | $ 32.00 | $ - | $ - | $ - | $ 572.00 |