# EXHIBIT A



## Statement

Community Papers of Western New York. LLC  
495 Aero Drive  
Buffalo, NY 14225

**Date**     6/6/2016

| Invoice No. | Date | Invoice Am't. | Retainer to be Applied | Net Due |
|---|---|---|---|---|
| 042196-2 | 4/29/2016 | $ 17,132.00 | $ 10,000.00 | $ 7,132.00 |
| 050916-1 | 5/9/2016 | $ 5,687.46 |  | $ 5,687.46 |
| 060616-2 | 6/6/2016 | $ 4,269.96 |  | $ 4,269.96 |
|  |  | **$ 27,089.42** | **$ 10,000.00** | **$ 17,089.42** |



*Invoice*

Mr. James Austin, CEO
Community Papers of Western New York. LLC
495 Aero Drive
Buffalo, NY 14225

**Invoice No:** 060616-2

**Date:** 6/6/16

| Date | Explanation | Partner | Hours | Rate | Total |
|---|---|---|---|---|---|
| 6/6/2016 | Services per Attached | RT | 18.20 | $ 225.00 | $ 4,095.00 |

| | | | |
|---|---|---|---|
| **Total Hourly Fees** | | 18.20 | **$ 4,095.00** |
| **Plus: Expenses - Report & Documentation attached** | | | **$ 174.96** |
| **Total Due** | | | **$ 4,269.96** |
| **Applied to Retainer** | | | |
| **Net Due** | | | **$ 4,269.96** |

*Due Upon Receipt*
**Next Point LLC**
**107 Twin Oaks Drive**
**Syracuse, NY 13206**
**Attn: R. Teplitsky**

## Next Point Invoice # 052616-2
## Support

| Date | Subject | Hours |
|---|---|---|
| 5/9/16 | CPO - Discussions with D. Brown & J. Austin re cash forecasting & Cash Collateral | 0.50 |
| 5/12/16 | CPO - Discussion with R. Cassell & J. Austin re financial management | 0.50 |
| 5/17/16 | CPO Conference Call - J. Austin, R. Cassell & D. Brown re cash & strategy | 1.00 |
| 5/26/16 | CPO - Visit to Aero Drive - Meetings with M. Grimaldi, R. Cassell & J. Austin. Review cash reporting & work through April MOR with M. Grimaldi. | 8.00 |
| 5/27/16 | CPO - Review & analyze detailed account information & suggest modifications to April Financial Statements & MOR. | 1.50 |
| 5/29/16 | | 1.00 |
| 5/29/16 | | 1.20 |
| 5/30/16 | CPO - Cash Reforecast for June - August 2016 | 0.50 |
| 5/31/16 | CPO - Review & propose revisions to April MOR | 1.20 |
| 6/1/16 | CPO - Conf. Call re Cash Reconciliation with J. Austin & R. Cassell | 1.00 |
| 6/1/16 | CPO - Discussions with J. Austin & R. Cassell re cash & status of business sale initiatives | 0.50 |
| 6/2/16 | CPO - Cash Reconciliation review for period ending 5/28/16 | 1.00 |
| 6/2/16 | CPO - Discussion with R. Cassell re cash & strategy | 0.30 |
| | | **18.20** |

## R. Teplitsky - River Hospital
## Business Expenses
## 6/6/16

| Date | Payee | Explanation | Miles | Mileage @ $.54 | Meals | Hotels | Other | Parking & Local Travel | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ - |
| 5/26/16 | | Trip to Buffalo | 162 | 87.48 | | | | | $ 87.48 |
| 5/26/16 | | Return to Syracuse | 162 | 87.48 | | | | | $ 87.48 |
| | | | | | | | | | $ - |
| | | | | | | | | | $ - |
| | | | | $ 174.96 | $ - | $ - | $ - | $ - | $ 174.96 |



*Invoice*

Mr. James Austin, CEO
Community Papers of Western New York. LLC
495 Aero Drive
Buffalo, NY 14225

**Invoice No:** 050916-1

**Date:** 5/9/16

| Date | Explanation | Partner | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/9/2016 | Services per Attached | RT | 24.50 | $ 225.00 | $ 5,512.50 |

**Total Hourly Fees**    24.50    **$ 5,512.50**

**Plus: Expenses - Report & Documentation attached**    **$ 174.96**

**Total Due**    **$ 5,687.46**

**Applied to Retainer**

**Net Due**    **$ 5,687.46**

*Due Upon Receipt*
**Next Point LLC
107 Twin Oaks Drive
Syracuse, NY 13206
Attn: R. Teplitsky**

## Next Point Invoice # 050916-1
## Support

| Date | Subject | Hours |
|---|---|---|
| 4/22/2016 | Community Papers - Discussion with M. Grimaldi re Cash Reports & MORs | 0.50 |
| 4/22/2016 | Community Papers - Review information, & analyze detailed financial records to edit & propose modifications to March MOR | 3.50 |
| 4/25/2016 | Community Papers - Review information submitted in February & preliminary March MOR . . . Discuss suggested changes with D. Brown & M. Grimaldi | 4.00 |
| 4/25/2016 | Community Papers - Review 1Q16 monthly financial statements & analyze detailed subsidiary account ledgers | 1.20 |
| 4/25/2016 | Community Papers - Review & analyze revised cash forecast for Apr - June | 0.50 |
| 4/26/2016 | Community Papers - Cash reconciliation reports from 12/15 to 3/26/16 including formatting & variance review by week & investigation of differences & validation to general ledger balances | 1.50 |
| 4/26/2016 | | 3.50 |
| 4/26/2016 | Community Papers - Conference call with J. Austin, R. Cassell, M. Grimaldi & D. Brown to review & edit Cash Reconciliation reports | 0.70 |
| 4/27/2016 | Community Papers - Discussion with J. Austin re cash & other matters | 0.20 |
| 4/28/2016 | CPO - Conference Call with Austin, Cassell & Grimaldi re cash reconciliation to 4/21/16 & forecasting | 1.00 |
| 4/29/2016 | CPO - Cash Forecast review & discussions with Ausitn, Cassell & Grimaldi | 0.70 |
| 4/29/2016 | Community Papers - Revise cash forecast for period 4/1/16 to 6/30/16 | 1.50 |
| 5/1/2016 | CPO - Revise Assessment Draft to incorporate changes per discussions | 1.00 |
| 5/3/2016 | CPO - Finalize Assessment Report for meeting with Buffalo News | 0.70 |
| 5/5/2016 | CPO Meeting re CPO with B. Donohue, J. Goglia (BEN), C. Sullivan & G. Walter (BS&K), D. Brown & J. Austin at BS&K Buffalo Office to discuss CPO Assessment (Review condition of & prospects for business) | 3.50 |
| 5/6/2016 | CPO - Discussions with James Austin & Dan Brown re BEN Meeting | 0.50 |
| | | **24.50** |

## R. Teplitsky - River Hospital
## Business Expenses
## 5/9/16

| Date | Payee | Explanation | Miles | Mileage @ $.54 | Meals | Hotels | Other | Parking & Local Travel | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $ - |
| 5/5/16 | | Trip to Buffalo | 162 | 87.48 | | | | | $ 87.48 |
| 5/5/16 | | Return to Syracuse | 162 | 87.48 | | | | | $ 87.48 |
| | | | | | | | | | $ - |
| | | | | | | | | | $ - |
| | | | | $ 174.96 | $ - | $ - | $ - | $ - | $ 174.96 |



*Invoice*

Mr. James Austin, CEO
Community Papers of Western New York. LLC
495 Aero Drive
Buffalo, NY 14225

**Invoice No:** 042196-2

**Date:** 4/29/16

| Date | Explanation | Partner | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/29/2016 | Services per Attached | RT | 73.60 | $ 225.00 | $ 16,560.00 |

| | | |
|---|---|---|
| **Total Hourly Fees** | 73.60 | $ 16,560.00 |
| **Plus: Expenses - Report & Documentation attached** | | $ 572.00 |
| **Total Due** | | $ 17,132.00 |
| **Applied to Retainer** | | $ 10,000.00 |
| **Net Due** | | $ 7,132.00 |

*Due Upon Receipt*
**Next Point LLC
107 Twin Oaks Drive
Syracuse, NY 13206
Attn: R. Teplitsky**

# Next Point Invoice # 042916-2
## Support

| Date | Subject | Hours |
|---|---|---|
| 3/24/2016 | Community Papers - Conference call with D. Brown & J. Austin | 1.00 |
| 3/29/2016 | Community Papers of Western New York - Introductory Conference Call with C. Sullivan (BS&K) & D. Brown (ABWB) | 0.30 |
| 3/30/2016 | Community Papers - Review financial & bankruptcy filing information | 1.00 |
| 3/31/2016 | Community Papers - Site Visit to Angola & Aero Drive - Meetings with J. Austin, R. Cassell & M. Grimaldi | 8.00 |
| 4/1/2016 | Community Papers - Site Visit to Aero Drive - Obtain financial information & discuss formatting of cash reprtts & MORs with M. Grimaldi | 8.00 |
| 4/3/2016 | Community Papers - Review financial trends & information & 2015 P&L trend analysis | 3.40 |
| 4/4/2016 | Community Papers - Reveiew 2014 financial information & analyze monthly results | 1.00 |
| 4/4/2016 | Community Papers - Discussions with D. Brown re background & status. Review financial information. | 1.50 |
| 4/4/2016 | Community Papers - Conference Call discussions with Grimaldi & Austin re history & current status | 1.50 |
| 4/4/2016 | Community Papers - Reveiew payrolls & internal subscription records. Analysze liability status. | 1.20 |
| 4/5/2016 | Community Papers - Discussions with D. Brown & R. Casell re status of cash, liabilities & subscriptions | 0.60 |
| 4/5/2016 | Community Papers - Detailed review & analyis of P&L Trends (2014-1Q16) | 3.00 |
| 4/6/2016 | Community Papers - Review & analyze monthly revenues by publication & Owner draws | 1.00 |
| 4/7/2016 | Community Papers - Discussion of detailed financial information with M. Grimaldi & follow up analysis of financial analysis | 3.30 |
| 4/7/2016 | Community Papers - Discussion with B. Casell, M. Sikorski re revenues, subscriptions & follow up analyis | 1.50 |
| 4/7/2016 | Community Papers - Analyze financial performance & results in preparartion of assessment | 0.70 |
| 4/8/2016 | Community Papers - Obtain review & analyze1Q16 financial statements & revenues by publication | 3.00 |
| 4/8/2016 | Communtiy Papers - Analyze monthly subscription revenues, remaining liability to subscribers & other monthlyrevenues | 2.00 |
| 4/9/2016 | Community Papers - Continued Financial review & analysis of performance | 1.50 |
| 4/11/2016 | Community Papers - Development of written draft Assessment report, detailed financial schedules & narrative to provide basis of face-to-face discussions with CPO managers, legal counsel & Buffalo News executives | 2.00 |
| 4/11/2016 | | 4.00 |
| 4/11/2016 | | 1.20 |
| 4/12/2016 | | 1.00 |
| 4/12/2016 | | 0.80 |
| 4/12/2016 | Community Papers - Update & modify Assessment draft (Referenced above) | 1.20 |
| 4/13/2016 | | 1.20 |
| 4/13/2016 | Community Papers - Meeting with CPO management (Austin, Cassell & Grimaldi) & D. Brown at ABWB Offices (Clarence) to discuss Assessment | 3.00 |
| 4/19/2016 | Community Papers - Update analysis of individual individual paper P&Ls | 0.70 |
| 4/20/2016 | Community Newspapers - Site visit to Aero Drive location to follow up on additional infromation required to edit information discussed in Assessment, complete Cash Reconciliation Reports & MORs. Meetings & discussions with J. Austin, R. Cassell & M. Grimaldi. | 8.00 |
| 4/21/2016 | | 7.00 |
| | | **73.60** |

R. Teplitsky - River Hospital
Business Expenses
4/29/16

| Date | Payee | Explanation | Miles | Mileage @ $.54 | Meals | Hotels | Other | Parking & Local Travel | Total |
|---|---|---|---|---|---|---|---|---|---|
| 3/31/16 | | Trip to Angola | 225 | 121.50 | | | | | $ 121.50 |
| 4/1/16 | | Return to Syracuse | 155 | 83.70 | | | | | $ 83.70 |
| | | | | | | | | | $ - |
| 4/13/16 | | Meeting at D. Brown & return | 300 | 162.00 | | | | | $ 162.00 |
| | | | | | | | | | $ - |
| 4/20/16 | | Trip to Buffalo | 165 | 89.10 | | | | | $ 89.10 |
| 4/21/16 | | Return to Syracuse | 155 | 83.70 | | | | | $ 83.70 |
| | | | | | | | | | $ - |
| 4/20/16 | Eagle House | Dinner | | | $ 32.00 | | | | $ 32.00 |
| | | | | | | | | | $ - |
| | | | | | | | | | $ - |
| | | | | $ 540.00 | $ 32.00 | $ - | $ - | $ - | $ 572.00 |